

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00390-CV

Juanita Matilde Martinez
v.
Haas-Anderson Construction, Ltd.

On Appeal from the
148th District Court of Nueces County, Texas
Trial Court Cause No. 2019-FAM-5960-E

## JUDGMENT

The Court's judgment issued on December 16, 2021, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

February 24, 2022